IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA H. MUIR,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PITTSBURG POLICE DEPARTMENT,  )<br>  )<br>Defendant.  )<br>_____ ) | Case No. C 15-3675 PSG (PR)<br><br>**ORDER OF DISMISSAL** |

    On August 12, 2015, Joshua H. Muir, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 24, 2015, the court dismissed Muir's complaint with leave to amend, and directed him to file an amended complaint within thirty days. Muir was cautioned that his failure to file his amended complaint within the allotted time would result in the dismissal of this action. The court then granted two extensions of time within which Muir could file his amended complaint. Muir's amended complaint is now overdue, and he has not filed an amended complaint. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED:   3/16/2016

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 15-3675 PSG (PR)
ORDER OF DISMISSAL