IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA H. MUIR,<br><br>        Plaintiff,<br><br>  v.<br><br>PITTSBURG POLICE DEPARTMENT,<br><br>        Defendant. | Case No. C 15-3675 PSG (PR)<br><br>**JUDGMENT** |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/16/2016

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 15-3675 PSG (PR)
JUDGMENT